**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANKIE CORCHADO,

                Plaintiff,

  -against-                                          21 **CIVIL** 8984 (VSB)

                                                           **<u>JUDGMENT</u>**

WARDEN CARTER, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 7, 2022, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

      September 8, 2022

                                                                  **RUBY J. KRAJICK**

                                                               _____
                                                                   **Clerk of Court**

                                      **BY:**    *K. Mango*

                                                                     _____
                                                                   **Deputy Clerk**